AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00033 |
| Michael Picciuto | ) Assigned To : Judge G. Michael Harvey |
| DOB: XXXXXX | ) Assign. Date : 1/29/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

*Code Section* — *Offense Description*

18 U.S.C. § 231(a)(3) – Obstructing, Impeding, or Interfering with Law Enforcement,
18 U.S.C. § 1363 – Destruction or Injury to Buildings or Property in Special Maritime and Territorial Jurisdiction,
18 U.S.C. § 1752(a)(1) – Entering or Remaining in Any Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) – Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(4) – Engaging in Physical Violence in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) – Violent Entry and Disorderly Conduct on Capitol Grounds.
40 U.S.C. § 5104(e)(2)(F) – Act of Physical Violence on U.S. Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) – Parading, Demonstrating, or Picketing in a Capitol Building

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements by telephone.

Date: 01/29/2024

*Judge's signature*

City and state: Washington, D.C. — G. Michael Harvey U.S. Magistrate Judge
*Printed name and title*