AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:24-mj-00033 |
| Michael Picciuto | ) Assigned To : Judge G. Michael Harvey |
| | ) Assign. Date : 1/29/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Michael Picciuto ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) – Obstructing, Impeding, or Interfering with Law Enforcement;
18 U.S.C. § 1363 – Destruction or Injury to Buildings or Property in Special Maritime and Territorial Jurisdiction;
18 U.S.C. § 1752(a)(1) – Entering or Remaining in Any Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) – Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) – Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) – Violent Entry and Disorderly Conduct on Capitol Grounds.
40 U.S.C. § 5104(e)(2)(F) – Act of Physical Violence on U.S. Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) – Parading, Demonstrating, or Picketing in a Capitol Building

Date: 01/29/2024

*Issuing officer's signature*     2024.01.29 12:35:53 -05'00'

City and state:     Washington, D.C.          G. Michael Harvey, U.S. Magistrate Judge
                                               *Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/29/2024 , and the person was arrested on *(date)* 1/30/2024
at *(city and state)* Kirtland, OH .

Date: 1/30/2024

*Arresting officer's signature*

Amihr Bess
*Printed name and title*